Marjorie L. Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No. 15672
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Brianna Corpening fka Brianna Brooks**,<br><br>        Plaintiff,<br><br>    vs.<br><br>**United Services Automobile Association; USAA Casualty Insurance Company**, DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>        Defendant. | Case No.: 2:26-cv-01195-BNW<br><br><br>**Stipulation and Order to Extend Time for Plaintiff to File her Opposition to Defendant USAA Casualty Insurance Company's Motion to Dismiss**<br><br>**(First Request)** |

COME NOW Plaintiff Brianna Corpening fka Brianna Brooks, by and through her counsel of record, of H&P Law and Defendants United Services Automobile Association and USAA Casualty Insurance Company by and through their counsel of record of SPENCER FANE LLP, and hereby STIPULATE AND AGREE as follows:

On May 7, 2026, the parties filed a Stipulation and Order extending Plaintiff's deadline to file her Opposition to Defendant United Services Automobile Association's Motion to Dismiss to May 22, 2026, and extending Defendant United Services Automobile Association's Reply deadline to May 29, 2026.

Plaintiff now requires additional time to review necessary materials to complete and file her Opposition to Defendant USAA Casualty Insurance Company's Motion to Dismiss as well, which is currently due on May 8, 2026.

As such the parties have stipulated to allow Plaintiff to file her Opposition to Defendant USAA Casualty Insurance Company's Motion to Dismiss on May 22, 2026 and to allow Defendant to file its Reply on June 5, 2026.

Additionally in order to maintain uniform briefing deadlines and promote judicial efficiency the Parties have stipulated to allow Defendant United Services Automobile Association's Reply in support of its Motion to Dismiss deadline be extended to June 5, 2026 instead of May 29, 2026.

This is Plaintiff's first request for an extension for her Opposition to Defendant USAA Casualty Insurance Company's Motion to Dismiss and this stipulation is submitted in good faith without the purpose of undue delay.

**IT IS HEREBY STIPULATED** that the deadline for Plaintiff to file her Opposition to Defendant USAA Casualty Insurance Company's Motion to Dismiss (ECF No. 7), be extended from May 8, 2026, to May 22, 2026.

**IT IS HEREBY STIPULATED** that the deadline for Defendant USAA Casualty Insurance Company to file its Reply in Support of Motion to Dismiss be extended from May 15, 2026, to June 5, 2026.

**IT IS HEREBY STIPULATED** that the deadline for Defendant United Services Automobile Association to file its Reply in Support of Motion to Dismiss be extended from May 15, 2026, to June 5, 2026.

Dated this 8th day of May, 2026.

H&P LAW

/s/ Marjorie Hauf

Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Bre'Ahn Brooks, Esq.
Nevada Bar No. 15672
701 S. 9th Street
Las Vegas, NV  89101
702 598 4529 TEL
702 598 3626 FAX
Attorneys for Plaintiff,
*Brianna Corpening fka Brianna Brooks*

Dated this 8th day of May, 2026.

SPENCER FANE LLP

/s/ Taylor R. Reeves

Taylor R. Reeves, Esq.
Nevada Bar No. 15987
Tiffany Solari, Esq.
Nevada Bar No.16003
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
702 408-3400 TEL
702 938 8648 FAX
Attorneys for Defendants,
*USAA Casualty Insurance Company and specially appearing for United Services Automobile Association*

**ORDER**

IT IS HEREBY ORDERED that deadline for Plaintiff to file her Opposition to Defendant USAA Casualty Insurance Company's Motion to Dismiss (ECF No. 7), be extended from May 8, 2026, to May 22, 2026.

IT IS HEREBY ORDERED that the deadline for Defendant USAA Casualty Insurance Company to file its Reply in Support of Motion to Dismiss be extended from May 15, 2026, to June 5, 2026.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS (FIRST REQUEST)

IT IS HEREBY ORDERED that the deadline for Defendant United Services Automobile Association to file its Reply in Support of Motion to Dismiss be extended from May 15, 2026, to June 5, 2026.

IT IS SO ORDERED.

Dated __May 19, 2026__ .

_____
UNITED STATES MAGISTRATE JUDGE

**4** of **4**

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS (FIRST REQUEST)