Marjorie L. Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No. 15672
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Brianna Corpening fka Brianna Brooks**,<br><br>        Plaintiff,<br><br>    vs.<br><br>**United Services Automobile Association; USAA Casualty Insurance Company**, DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>        Defendant. | Case No.: 2:26-cv-01195-BNW<br><br><br>**Stipulation and Order to Extend Time for Plaintiff to File her Reply in Support of Motion to Remand**<br><br>**(First Request)** |

COME NOW Plaintiff Brianna Corpening fka Brianna Brooks, by and through her counsel of record, of H&P Law and Defendants United Services Automobile Association and USAA Casualty Insurance Company by and through their counsel of record of SPENCER FANE LLP, and hereby STIPULATE AND AGREE as follows:

Plaintiff's Reply in Support of her Motion to Remand is currently due on May 28, 2026. Plaintiff requires additional time to review necessary materials to complete a reply. Additionally, Plaintiff's counsel will be out of the jurisdiction until June 15, 2026. As such the parties have stipulated to allow Plaintiff to file her Reply on June 18, 2026.

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

**IT IS HEREBY STIPULATED** that the deadline for Plaintiff to file her Reply in Support of Plaintiff's Motion to Remand (ECF No. 10), be extended from May 28, 2026, to June 18, 2026.

Dated this 22nd day of May, 2026.

H&P LAW

*/s/ Marjorie Hauf*
_____
Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Bre'Ahn Brooks, Esq.
Nevada Bar No. 15672
701 S. 9th Street
Las Vegas, NV  89101
702 598 4529 TEL
702 598 3626 FAX
Attorneys for Plaintiff,
*Brianna Corpening fka Brianna Brooks*

Dated this 22nd day of May, 2026.

SPENCER FANE LLP

*/s/ Taylor R. Reeves*
_____
Taylor R. Reeves, Esq.
Nevada Bar No. 15987
Tiffany Solari, Esq.
Nevada Bar No.16003
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
702 408-3400 TEL
702 938 8648 FAX
Attorneys for Defendants,
*USAA Casualty Insurance Company and specially appearing for United Services Automobile Association*

## ORDER

IT IS HEREBY ORDERED that deadline for Plaintiff to file her Reply in Support of Plaintiff's Motion to Remand (ECF No. 10), be extended from May 28, 2026, to June 18, 2026.

IT IS SO ORDERED.

Dated __May 26, 2026__.

_____
UNITED STATES MAGISTRATE JUDGE

**2** of **2**

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER REPLY IN SUPPORT OF MOTION TO REMAND (FIRST REQUEST)