Taylor R. Reeves, Esq.
Nevada Bar No. 15987
Tiffany Solari, Esq.
Nevada Bar No.16003
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: treeves@spencerfane.com
        tsolari@spencerfane.com

*Attorneys for Defendants United Services Automobile Association and USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Brianna Corpening fka Brianna Brooks,<br><br>               Plaintiff,<br><br> vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY, DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>               Defendants. | Case No.: 2:26-cv-01195-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLIES IN SUPPORT OF MOTIONS TO DISMISS [ECF. 7 & 8]**<br><br>**(First Request)** |

Defendants United Services Automobile Association ("*USAA*") and USAA Casualty Insurance Company ("*USAA CIC*") (collectively "*Defendants*") by and through their counsel of record, and Plaintiff Brianna Corpening fka Brianna Brooks ("*Plaintiff*") by and through their counsel of record, hereby Stipulate and Agree as follows:

USAA CIC's Reply in Support of its Motion to Dismiss [ECF No. 7] is currently due on June 5, 2026. The attorney responsible for drafting the reply was out of the country from May 12 – June 1 and requires additional time to draft and finalize the reply.

USAA's Reply in Support of its Motion to Dismiss [ECF No. 8] is currently due on June 5, 2026. The attorney responsible for drafting the reply was out of the country from May 12 – June 1 and requires additional time to finalize the reply.

As such, the parties have stipulated to allow Defendants to file their respective Replies on June 12, 2026. This is Defendants' first request for an extension, and this stipulation is submitted in good faith without the purpose of undue delay.

**IT IS HEREBY STIPULATED** that the deadline for USAA CIC to file its Reply of Support of its Motion to Dismiss [ECF No. 7] be extended from June 5, 2026 to June 12, 2026.

**IT IS HEREBY STIPULATED** that the deadline for USAA to file its Reply of Support of its Motion to Dismiss [ECF No. 8] be extended from June 5, 2026 to June 12, 2026.

Dated this 3rd day of June, 2026.

**H&P LAW**

/s/ Marjorie L. Hauf
Marjorie L. Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No.11439
Bre'Ahn Brooks, Esq.
Nevada Bar No. 15672
710 South Nineth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

**SPENCER FANE LLP**

/s/ Tiffany Solari
Taylor R. Reeves, Esq.
Nevada Bar No. 15987
Tiffany Solari, Esq.
Nevada Bar No.16003
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for United Services Automobile Association and USAA Casualty Insurance Company*

**IT IS SO ORDERED.**

Dated ___June 4, 2026___.

_____
UNITED STATES MAGISTRATE JUDGE

-2-